IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**PRINCEWILL EZEBUIHE,**

    **Plaintiff,**

v.                                    **Civil Action No. 5:07cv75**
                                             **(Judge Stamp)**

**UNITED STATES GOVERNMENT**
**"aka" DEPARTMENT OF JUSTICE,**
**FEDERAL BUREAU OF PRISONS,**
**CHRISTI CUTRIGHT, UNICOR Factory Manager,**
**ANTHONY CONRAD, Assistant Factory Manager,**
**P. FAZENBACKER, Production Supervisor,**

    **Defendants.**

## ORDER TO PROVIDE PROOF OF SERVICE

On June 7, 2007, *pro se* plaintiff, Princewill Ezebuihe, initiated this civil rights complaint. On September 17, 2007, the undersigned's recommendation that the plaintiff's Motion For Leave To Proceed *in forma pauperis* be denied was affirmed and adopted. Accordingly, On September 17, 2007, the undersigned made a preliminary review pursuant to LR PL P 83.02 et seq., and found that summary dismissal of the complaint was not warranted. Thereafter, an Order was entered directing the Clerk to issue 60 day summonses for the individual defendants, the United States Attorney for the Northern District of West Virginia, and the Attorney General of the United States and forward those forms to the plaintiff. The Order further directed the plaintiff to effect service by October 4, 2007, and timely provide the Court with certification of service by filing documentation which reflected proper, completed service upon each party.

As of the date of this Order, the plaintiff has not provided the Court with certification that service was obtained on any of the parties. Accordingly, within **thirty (30) days** of the date of this Order, the petitioner shall provide the Court with the required certification. The failure to do

so will result in a recommendation that this case be dismissed without prejudice for the failure to prosecute.

IT IS SO ORDERED

The Clerk is directed to mail a copy of this Order to the *pro se* petitioner by certified mail return receipt requested, to his last known address as reflected on the docket sheet.

ENTER: October 19, 2007

    /s/ James E. Seibert
JAMES E. SEIBERT
UNITED STATES MAGISTRATE JUDGE